388

456 P.2d 221

Michael TICKNOR, Kathie Ticknor, Jeffrey Carlisle, Joan Carlisle and Eugenia Franco, Petitioners,

v.

Joe ANGEL, District Judge of the Fourth Judicial District, Respondent.

No. 8873.

Supreme Court of New Mexico.

June 25, 1969.

Ordered that petition for writ of prohibition and Exercise of Superintending Control be and the same is hereby denied.

456 P.2d 221

H. C. CORZINE, Plaintiff-Appellee,

v.

SEARS, ROEBUCK AND CO., a corporation, Defendant-Appellant.

No. 8876.

Supreme Court of New Mexico.

July 8, 1969.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Case No. 270, 80 N.M. 418, 456 P.2d 892 be and the same is hereby returned to the Clerk of the Court of Appeals.

456 P.2d 221

CITY OF SANTA FE, a municipal corporation, and Santa Fe Cablevision Corporation, Petitioners,

v.

The Honorable J. V. GALLEGOS, Respondent.

CITY OF ALBUQUERQUE, a municipal corporation, and General Communications and Entertainment Company, Inc., a corporation, Petitioners,

v.

The Honorable Paul F. LARRAZOLO, Respondent.

Nos. 8865, 8866.

Supreme Court of New Mexico.

July 22, 1969.

MOISE, COMPTON, TACKETT and WATSON, Justices, concurring.

NOBLE, Chief Justice, being absent and not participating.

Ordered that the alternative writs of prohibition heretofore issued herein on June 12, 1969, be and they are hereby quashed as having been improvidently issued.